## 56227. SHUNIAK v. AAA WELL DRILLING & BORING COMPANY.

SMITH, Judge.

Appellant, characterizing his suit as one for breach of warranty, contends that, because he had introduced evidence indicating there were defects in a well drilling machine he bought from appellee and because he had introduced evidence indicating those defects constituted a warranty breach, the trial court erred in directing a verdict against him. We disagree with appellant's

contention and affirm the trial court, as appellant failed to produce evidence to show damages in accordance with UCC § 2-714 (Ga. L. 1962, pp. 156, 230) (Code Ann. § 109A-2—714). *Carr v. Jacuzzi Bros.*, 133 Ga. App. 70 (210 SE2d 16) (1974).

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

SUBMITTED JUNE 29, 1978 — DECIDED JULY 14, 1978.

*Bates, Baum & Landey, Stanley M. Baum,* for appellant.

*Rhymer & Brock, William Rhymer,* for appellee.